UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RODNEY LOUIS GARROTT,

                Petitioner,

v.

RON HAYNES,

                Respondent.

Case No. C19-233-RSL

ORDER DISMISSING ACTION

The Court, having reviewed the Petitioner's petition for writ of habeas corpus, the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS:

(1) The Report and Recommendation is approved and adopted;

(2) Petitioner's petition for writ of habeas corpus (dkt. # 10) and this action are DISMISSED with prejudice;

(3) Petitioner is DENIED issuance of a certificate of appealability; and

(4) The Clerk is directed to send copies of this Order to Petitioner and to Judge

//

//

ORDER DISMISSING ACTION - 1

Peterson.

Dated this 12th day of July, 2019.

*Robert S. Lasnik*

ROBERT S. LASNIK
United States District Judge

ORDER DISMISSING ACTION - 2